THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN KERRY NAMM, Appellant.— Judgment of the Supreme Court, Queens County, rendered April 21, 1967, convicting defendant of robbery in the third degree, upon a plea of guilty, and sentencing him to a minimum of five years and a maximum of seven and a half years, modified, on the facts, by reducing the minimum term to three years. As so modified, judgment affirmed. Upon an examination of the probation report and the record in this case, it is our opinion that the interests of justice will be served by a reduction of the minimum sentence to three years. Beldock, P. J., Rabin, Hopkins, Benjamin and Martuscello, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY PERGOLIZZI, Appellant.— Judgment of the Supreme Court, Kings County, rendered June 28, 1966, affirmed. No opinion. The order of said court dated April 26, 1966 has been reviewed on this appeal. Beldock, P. J., Christ, Brennan, Hopkins and Martuscello, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDERSON RIGGINS, Appellant.— Judgment of the Supreme Court, Kings County, rendered June 24, 1966, convicting defendant of two counts each of robbery in the first degree, assault in the second degree and petit larceny, upon a jury verdict, and imposing sentence upon the robbery and assault counts. Judgment reversed, on the law, and new trial ordered. The findings of fact are affirmed. The trial commenced two days after the effective date of the ruling in *Miranda* v. *Arizona* (384 U. S. 436). Defendant was identified by eyewitnesses as one of the robbers of a bar in the early morning of August 16, 1965. Two alibi witnesses were called on his behalf. A patrolman was permitted to testify, over objection, that defendant, after his arrest, admitted having been in the bar that morning. In our opinion, it was error to receive that testimony in the absence of proof by the People of compliance, in obtaining the admission, with the procedural safeguards set forth in the *Miranda* decision. Beldock, P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.